AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**EASTERN** DISTRICT OF **TENNESSEE**

UNITED STATES OF AMERICA

V.

BRIAN ROGERS

## EXHIBIT AND WITNESS LIST

Case Number: 3:22-CR-96

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Jill E. McCook, USMJ | Alan Kirk | Steven Scharg |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| December 21, 2022 | ECRO | Mallory Dahl |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/22/2022 | X | X | Search Warrant Affidavit. |
| 2 | | 12/22/2022 | X | X | Complaint Affidavit |
| 3 | | 12/22/2022 | X | X | Photographs (Collective) |
| 4 | | 12/22/2022 | X | X | Laboratory Reports. |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages