UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

UNITED STATES,                                        CASE NO. 3:22-00096

      Plaintiff,

vs.

BRIAN ROGERS,

      Defendant.
_____/

## DEFENDANT ROGERS' NOTICE OF JOINDER/CONCURRENCE IN ECF 64

Defendant D-1, Brian Rogers, through counsel, joins in the Motion docketed as ECF 64: Second Motion Adjourn Plea Cutoff/FPT/Trial Due to Defense Counsel's Trial Schedule by Defendant, Malik M. Scott Boynton. Defendant Roger's counsel also has conflicts with the scheduled trial and final conference court date.

Respectfully submitted,

/s/Steven Scharg
STEVEN SCHARG P43732
Attorney for Defendant Rogers
615 Griswold, Suite 1120
Detroit, Michigan 48226
313-962-4090
313-300-0214
Scharg1924@gmail.com

Dated: April 20, 2023

## CERTIFICATE OF SERVICE

I certify that on April 20, 2023, I served Assistant U.S. Attorney, Alan Kirk, with a copy of this Notice of Joinder/Concurrence in ECF:64 by co-counsel for Defendant Boynton.

                                          Respectfully submitted,

                                          /s/Steven Scharg
                                          STEVEN SCHARG P43732
                                          Attorney for Defendant Rogers
                                          615 Griswold, Suite 1120
                                          Detroit, Michigan 48226
                                          313-962-4090
                                          313-300-0214
                                          Scharg1924@gmail.com

Dated: April 20, 2023